STATE OF NORTH CAROLINA v. ERNEST LEON MYERS

No. 269A85

(Filed 10 December 1985)

APPEAL by defendant pursuant to N.C.G.S. 7A-30(2) from the decision of a divided panel of the Court of Appeals, reported in 73 N.C. App. 650, 327 S.E. 2d 276 (1985), which found no error in the trial and conviction of defendant before *Howell, J.*, at the 7 November 1983 session of Superior Court, BUNCOMBE County. Heard in the Supreme Court 20 November 1985.

*Lacy H. Thornburg, Attorney General, by Evelyn M. Coman, Assistant Attorney General, for the State.*

*Malcolm Ray Hunter, Jr., Acting Appellate Defender, for defendant.*

PER CURIAM.

The trial court has again erroneously admitted completely irrelevant testimony as to defendant's whereabouts on the morning of 21 February 1975. On the authority of *State v. Myers*, 309 N.C. 78, 305 S.E. 2d 506 (1983), defendant is entitled to a new trial. The decision of the Court of Appeals is

Reversed.